UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 20-9286-MWF(GJS**x)                              Dated: **November 30, 2020**

Title:   Terry Hubbard -v- The Burkes Investment Group, et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                     None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

    In light of the Notice of Settlement [13] filed November 13, 2020, the Court sets a hearing on Order To Show Cause Re Dismissal for February 1, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.