CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HUBBARD,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BURKES INESTMENT GROUP, a California Limited Partnership;<br>FIDELIS C. ONWUBUVA,<br><br>    Defendants. | **Case:** 2:20-cv-09286-MWF-GJS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Terry Hubbard, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants The Burkes Investment Group, a California Limited Partnership and Fidelis C. Onwubuya has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 16,2020     CENTER FOR DISABILITY ACCESS


By:   /s/ Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff